IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

TIFFANY MALONE,                    )
                                   )
          Petitioner,              )
                                   )
vs.                                )     Case No.     4:09-CV-650-RBP-TMP
                                   )
WARDEN FRANK ALBRIGHT, et al.,     )
                                   )
          Respondent.              )

O R D E R

On December 10, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED this the 11th day of January, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] The court notes that on December 21, 2009, the petitioner's copy of the report and recommendation was returned to the court by the postal service, marked "Return to Sender. Refused. Unable To Forward." The petitioner has not provided a forwarding address to the court.